Good morning, your honors. Adam Sidi on behalf of the appellants This case is about five municipal employees who in four cases were reelected to municipal office and who the state by Legislation wanted to compel to resign their employment as a condition of holding that office The restrictions placed on the candidates here are unlike those In resigning to run statutes in that the restrictions occur subsequent to and indeed because of the choice of the voters Well, if they if they were had were permitted to run for office and they and they did and won Would they then have two salaries? Yes in the briefs that's clear there would be two salaries a In most in all but one case they are significantly lower for the council position than they are for the law enforcement or in one case water department position the The right to assume office the candidates submit to the court is Derivative of the fundamental right to vote and there is a good authority from the United States Supreme Court for that proposition First and most significantly in Bullock versus Carter from 1972 which noted that the rights of voters and candidates do not lend themselves to need separation and That laws that affect candidates always have at least some theoretical correlative effect on is the notion that that these people are going to They're going to have the two salaries and they're going to have two jobs. They're going to continue in there It's in their employment while also being Legislators That is correct your honor and in this case the burden that they're arguing is placed on them is that the conflict of interest between their their interests as legislators and their duties as a as a Civil servant There is your honor but no more of a conflict than any other resident of a municipality elected to municipal than any other what I'm sorry a resident of a municipality elected to municipal office Everyone who's elected to municipal office is subject to the ordinances that the Municipal Council passes Business owners within the municipality have to obtain a business license from the municipality Property owners in the municipal. I don't understand the relevance of that to my question The relevance your honor is that there is always a conflict financial or otherwise and the district court It's focused on the non-financial Conflicts is are too nebulous every property owner in some cases every resident Oh, but they're not but these property owners and residents are not exercising A Legal authority whereas if you have a civil servant who's also a legislator as legislator as legislator he may Try to alter his duties his wages what have you as as civil servant And as civil servant might try to And and also legislature try to get benefits for civil servants So that his other salary will be even larger That's the sort of conflict of interest that concerns people. I understand that your honor But let's take for example a property owner who is elected to municipal office and wants to rezone his property Zoning ordinances are ultimately approved by the Municipal Council the conflict of interest exists just as much there But this state would not be justified or it wouldn't be practical and it's not part of two branches of government the plaintiffs in this case operate within the executive scope, right in the city cases there in You're talking about in their employment capacity Yes in the cases of the city councilman, yes in town councils that distinction doesn't exist that the Council has both legislative and executive authority. Okay. Well, that may even compound it more but but if you're in the On the direction of the executive branch and you also are in the legislative branch That's different. It seems to me than an individual property owners of the who are seeking to get zoning I appreciate that I Think I do anyway what what you're suggesting by way of conflict, but it's a whole different level if You got the ability to vote on your own salary. You got the ability to abolish your own office I mean, you know, doesn't that strike you as it's markedly different than the examples you've advanced? On a superficial level yes, I can appreciate that especially the common voter would see that as a more market distinction Up But actually while we're talking about the common voter This was the decision of the voters to put these people in office. It was fine. So could the president run for the Senate? the well the I'd at a federal level. No, why not? The same point well separate it says look I'm the president. That's an executive policy But I also want to participate in legislating So I want to be a senator and if you don't let me be a senator you're stifling my ability to influence policy by from by from Congress, I Understand that your honor, but the federal analogy is a poor one because there's a developed body of federal case law Which does not apply to these municipal offices. I don't understand the logical difference You say the First Amendment authorizes all this Overriding any statute So why wouldn't that also be the be true by a president who runs who wants to run for the Senate? Again that would not be true because of the separate constitutional provisions that you know, it's the same First Amendment Same First Amendment. Yes at a federal level, but the federal Constitution also provides for a separation of powers That well can a state constitution do that a state constitution can but the state Constitutional issues are not before this court here There's a separate co-pending case about that. What's the pending case about that? It's whether these statutes violate various provisions of the Indiana state constitution and that has enabled a CRO issued in that case has enabled the councilman to hold their offices while these issues are resolved But I don't see the difference between the state and federal level so far as a First Amendment right to hold public office and also to be a legislator To hold executive offices as Judge Fahm pointed out but also be a legislator well, the distinction comes because it's the choice of the voters within the Municipality that's the decision they made and these were contested elections. Yes, but if the Senate if a if the president is elected senator That would reflect the desires of the voters Find that problematic Well, if that issue came up and the voters indeed did indeed elect a president senator It would be interesting to watch how that litigation that I'm sure would ensue would play out But in this case, but I don't see the difference in principle between that situation and the situation in this case Well the situation in this case your honor. Is that there's been This isn't a bar on Eligibility for office. This isn't a bar if I'm correct under federal law you can't even run to hold the office unless you Resign from the office or you can't hold the office unless you resign from but you should regard that as a violation of the First Amendment I Do not regard that as a violation of the First Amendment because it's different from this case I I can't under existing case law argue that I would if there were if I didn't have this bar of case law to argue against but It's different from this case because here we have no prohibition on running for office and The voters have made a decision, but there's a terrible conflict of interest That has been sanctioned by the voters your honor That the voters of the district have agreed to what about the voters who enacted the statute? I? mean, that's the will of People too and Doesn't the state have some concern about the parents Mississippi a possible self-dealing or the Invitation to create a climate where corruption could more easily exist. I mean There is some state interest in this kind of what let's assume you challenge its constitutionality But there you can see where my time is up. Can I answer the question please? Yes, the state already has safeguards to assure that they have mandatory review by the State Board of Accounts they have a limitation on what a city council can do to increase or decrease its budget and under the Anderson Standard we look for the burden that's placed on the protected activity and There these safeguards illustrate a narrowly tailored means by which the state can achieve the same end as opposed to the ham-handed approach of just abrogating the employment I Would like to reserve the remainder of my time. Well, thank you. Mr. City. Mr. Hunt I May have pleased the court. It is well established that Indiana could pass a law requiring the plaintiffs to resign their position to run for any elected office and Thereby prevent them from assuming any elected office The statute here is less onerous than that and therefore also constitutional This morning, I will address three issues first well settled resigned to run statutes control in this case To the state has a strong interest in preventing Self-dealing and the appearance of impropriety and corruption and third Because there's no fundamental right. There's no equal protection violation First as to the the well-settled resigned to run precedent Anyone who could possibly assume elected office or assert any right to do so Must first be able to be a candidate for that office the district court here correctly found that any right to assume office flows from the right to be a candidate and in Brazil Breshears Clements Mitchell letter carriers all these cases hold that the government may restrict its employees from running for office and in so doing those governments the federal government and state governments in those cases have prevented their employees from assuming office and so this this set of law applies directly in this case because the right to assume office is  Because Indiana could restrict any of its employees from assuming any elected office in the first place it may also constitutionally enforce a lesser a less onerous burden of requiring individuals Preventing individuals from assuming office in the local government unit in which they're employed and The statutes here are less onerous than resigned to run statutes For both the candidates and the voters first as to the candidates It only restricts their ability to assume office within the governmental unit in which they're employed so for instance a state police could still be on a town council and Second it's it removes the risks associated with the resigned to run statutes The best illustration of this is is two of the former plaintiffs in this case Mr. McDaniel and Mr. Huddleston who both both lost their their primary contests And so if they had lived in a resigned to run stat state they would be out of both their their employment and the elected position But here it's less onerous on on the candidates because they're they're permitted to To take that risk Not face the risk of losing both both positions The statutes are also less onerous on the voters Here the voters are given an additional opportunity to to vote for these people that may have May have substantial Backgrounds in local public service. They're still given the opportunity to vote for them and those candidates are given the opportunity to run And then they're faced with the decision the reasonable decision to either assume office as the voters wanted them to or continue in their employment and Here as has been noted by the court. The state has many strong interests in and the the plaintiffs Concede that the state has compelling interest in preventing corruption and the appearance of corruption And one of the main ones spoken of today has been this financial self-dealing the prevention of Police officers from being able to establish their own salaries City and town councils are required by Indiana law to pass specific ordinances which establish the salaries of individual employees the the safeguards suggested by the other side are general audit safeguards and and controls of the total budget But What we're talking about here the legislation we're talking about here at city and town council levels are the individual salaries of the employees and and aside from these money interests there are also Interests that have to do with the chain of command The procedures for discipline and this is a direct Employee employee employer employee relationship where the city and town council has control over the conditions of employment and not only these these direct, but also the interest in in Preventing the appearance of impropriety Here they have an interest in preventing the appearance of impropriety for both the employer the city and town council but also and especially For the police service for the fire service While any suggestion regarding a city council and say an independent contractor the state has less of an interest That the public trust an independent contractor, but the state absolutely has a very strong interest That the citizens trust that the police force and the city council are not That there's not self-dealing in that regard As to equal protection here the plaintiffs have not identified any suspect class There's not a fundamental right this court in Parker v. Lyons said that the right to run for or hold office is not a fundamental right Brazil Breshears Clements letter carriers all show That it's not a violation of equal protection to prevent a government employee From from seeking and and assuming office So under these well-established Under this well-established case law and in light of the state's strong interests These more onerous statutes have been found constitutional here the less burdensome statutes also should be found constitutional We would request that this court affirmed that district court. Okay. Thank you, Mr. Hunter Mr. Sudhir Thank you, your honor The state does not focus on where the burden is being placed the burden comes upon it could be unconstitutional for the state to say that If you run for if you're a public employee and you run for office You only get one salary Based on our arguments. I don't see that that would be unconstitutional What about the resign to run laws Those are not appropriate analogies and I want to why not? Well, I want to break them into two categories First we have the Hatch Act and little Hatch Act cases those are based on concern over partisan political activity as affecting the Representative nature of government here the assumption of office, which is the act that is burdened is not a partisan act It is a representative act The representative represents all the voters and if I could go over my time to finish In in the case of Brazil brochures and the resign to run statutes the decision of the voters is not as directly impacted as here In other words in those cases The issue is whether the candidate can get to the ballot with having to resign here The voters have made their decision and now the burden is placed upon the candidate as selected by the voters Okay. Well, thank you very much. Thank you